**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: _____

Robert Parke,

      Plaintiff/Movant,

Plaza Associates,

      Defendant.

---

## COMPLAINT

---

For this Complaint, the Plaintiff, Robert Parke, by undersigned counsel, states as follows:

### <u>JURISDICTION</u>

1.      This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA").

2.      This Court has original jurisdiction over Plaintiff's TCPA claims. <u>Mims v. Arrow Fin. Serv., LLC</u>, 132 S.Ct. 740 (2012).

3.      Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business here and a substantial portion of the acts giving rise to this action occurred here.

### <u>PARTIES</u>

5.      Plaintiff, Robert Parke ("Plaintiff"), is an adult individual residing in Littleton, Colorado.

6.      Defendant Plaza Associates ("Plaza"), is a New York business entity with an address of 370 Seventh Avenue, Suite 1200/1500, New York, NY 10001.

## FACTS

7.      Within the past few months, Defendants contacted Plaintiff using an automated telephone dialer system with an artificial or prerecorded voice (hereafter "Robocalls").

8.      Around February 2012, Defendants began placing Robocalls calls to Plaintiff's cellular phone, up to two (2) times per day, in an attempt to contact a person other than the Plaintiff and who does not reside at Plaintiff's residence.

9.      On one occasion, in response to one of such Robocalls from Defendant, Plaintiff picked up his cellular phone and waited on hold to eventually speak with a live representative, who then informed Plaintiff that Defendant had the wrong number and terminated the call.

10.      Plaintiff never provided his cellular phone number to Defendants.

11.      Plaintiff never provided any express consent to Defendants to be called at his cellular phone line.

12.      However, Defendants continued to place Robocalls to Plaintiff.

### A.  **Plaintiff Suffered Actual Damages**

13.      The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendants' unlawful conduct.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, et seq.

14.      The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15.     Without prior consent the Defendants contacted the Plaintiff by means of automatic telephone calls or prerecorded messages at a cellular telephone or pager in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

16.     The foregoing acts and omissions of the Defendants violations of the Telephone Consumer Protection Act, including the above-cited provision.

17.     The Plaintiff is entitled to damages as a result of the Defendants' violations.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against the Defendant as follows:

1.  Statutory damages of $500.00 dollars for each violation, pursuant to 47 U.S.C. § 227(b)(3)(B) & (C);

2.  Attorney's costs and fees; and

3.  Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: April 3, 2012

Respectfully submitted,

By    /s/ Lark Fogel

Lark Fogel, Esq.

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

Law Office of Lark Fogel
Bar Number: 030383
lfogel@lemberglaw.com
Attorneys for Plaintiff

<u>Plaintiff:</u>

Robert Parke

7418 South Ingalls Court

Littleton, Colorado 80128