**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:12-cv-00844-MSK-KLM

Robert Parke,

    Plaintiff/Movant,

Plaza Associates; and DOES 1-10, inclusive,

    Defendants.

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 25, 2012

    Respectfully submitted,

    By   */s/ Lark Fogel*

    Lark Fogel, Esq.

    Of Counsel To:

    LEMBERG & ASSOCIATES L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424

    Law Office of Lark Fogel
    Bar Number: 030383
    lfogel@lemberglaw.com
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 25, 2012, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was emailed and deposited in the United States mail, postage prepaid, addressed to the following:

E-Mail: William Siegel, Esq. [wsiegellaw@gmail.com]

                                                By  */s/ Lark Fogel*
                                                   Lark Fogel, Esq.