**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:12-cv-00844-MSK-KLM

Robert Parke,

    Plaintiff/Movant,

Plaza Associates; and DOES 1-10, inclusive,

    Defendants.

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Robert Parke ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 23, 2012

    Respectfully submitted,

    By   */s/ Lark Fogel*

    Lark Fogel, Esq.

    Of Counsel To:

    LEMBERG & ASSOCIATES L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424

    Law Office of Lark Fogel
    Bar Number: 030383
    lfogel@lemberglaw.com
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on October 23, 2012, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** was emailed and deposited in the United States mail, postage prepaid, addressed to the following:

E-Mail: wsiegellaw@gmail.com
E-Mail: wsiegel@lawofwws.com

      By _/s/ Lark Fogel_____

      Lark Fogel, Esq.